IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PEDRO LINARTE-ESPINOZA,

    Petitioner,

v.       CASE NO.: 4:12cv455-SPM/CAS

MARC J. MOORE, et al.,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING CASE

This cause comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 7). A copy of the report was furnished to the Petitioner. Petitioner filed a notice of intent not to object and motion for immediate transfer (doc. 9).

Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the Report and Recommendation is correct and should be adopted. Accordingly, it is

ORDERED AND ADJUDGED:

1.     The Magistrate Judge's Report and Recommendation (doc. 7) is adopted and incorporated by reference in this order.

2. Petitioner's motion to transfer (doc. 9) is granted.

3. This case is transferred to the United States Eleventh Circuit Court of Appeals pursuant to REAL ID Act of 2005, 8 U.S.C. § 1252, for consideration of the petition and all pending motions.

DONE AND ORDERED this 18th day of September, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge